LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

December 16, 2019

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall U.S. Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re: United States v. Tia Jasper,
18 Cr. 390

Dear Judge Engelmayer:

Tia Jasper is scheduled to surrender on or before January 7, 2020. Her son's birthday is on January 13th. Therefore, I request that her surrender date be moved to on or before January 15, 2020.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc: All Counsel of Record (ECF)

Granted. The Court moves Ms. Jasper's surrender date to January 15, 2020. SO ORDERED.

_____
PAUL A. ENGELMAYER   12/17/2019
United States District Judge