UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MAURICE HARTLEY,<br><br>Defendant. | 18-CR-390-01 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court hereby reschedules sentencing in this matter for **November 4, 2022** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2022
        New York, New York