UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF APPEARANCE |
|  | : | AND REQUEST FOR |
| - v. - | : | ELECTRONIC NOTIFICATION |
|  | : |  |
| RONALD BEASLEY | : | No. 18 Cr. 390 (PAE) |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: _____
     Ariel Cohen
     Assistant United States Attorney
     (212) 637-2416

cc:   All counsel of record (via ECF)