

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 25, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Ronald Beasley, et al.*, **18 Cr. 390 (PAE)**

Dear Judge Engelmayer:

    The Government respectfully submits this letter to advise the Court that the undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York for other employment. Accordingly, the Government requests that the undersigned Assistant United States Attorney be removed as counsel of record in the above-captioned case.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

        by:  _/s/ Robert B. Sobelman_____
            Robert B. Sobelman
            Assistant United States Attorney
            (212) 637-2616

Cc: Counsel of Record (by ECF)